IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHANIE TOZER** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-2005 |
| v. | : | |
| | : | |
| **DARBY, PA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 6th day of March 2014, upon consideration of the motion to dismiss Plaintiff's amended complaint filed by Defendants Darby PA (Darby Township) and Chief of Police Robert H. Thompson (the "Moving Defendants") pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 21], Plaintiff's response in opposition thereto [ECF 27], and the allegations contained in the amended complaint [ECF 3], it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and Plaintiff's amended complaint is **DISMISSED** as to the Moving Defendants *only*.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**