IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHANIE TOZER** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-2005** |
| v. | : | |
| | : | |
| **DARBY, PA,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 7th day of April 2014, upon consideration of the *motion for judgment on the pleadings* filed by Defendant Kevin Walker ("Defendant Walker") pursuant to Federal Rule of Civil Procedure 12(c) [ECF 31], Plaintiff's lack of a response thereto, and the allegations contained in the amended complaint [ECF 3], it is hereby **ORDERED** that the motion for judgment on the pleadings is **GRANTED**, and judgment is entered in favor of Defendant Walker and against Plaintiff.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.